IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RALPH BYRD SCREETON, IV                                                    PLAINTIFF

v.                             CASE NO. 2:24-cv-2001

TRINITY MULTI-FAMILY                                                       DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 7) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to state any cognizable federal claims. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this February 29, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE